# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence Frost and Tammy Frost, | Case No. 24-CV-00129 (JMB/LIB) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Dotdash Media, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiffs Clarence Frost's and Tammy Frost's Notice of Voluntary Dismissal.  (Doc. No. 6.)  Plaintiffs wish to dismiss their Complaint (Doc. No. 1) against Defendant Dotdash Media, Inc. under Rule 41(a)(1)(A)(i) and have filed a Notice of Voluntary Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 29, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court