# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Clarence Frost and Tammy Frost** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-129 JMB/LIB |
| **Dotdash Media, Inc.** | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE

Date: 3/1/2024                                                                                  KATE M. FOGARTY, CLERK